# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 92CR0098-H |
| Plaintiff, | |
| v. | JUDGMENT AND ORDER OF DISMISSAL |
| IRENE BARRIENTOS (2), | |
| Defendant. | |

Based upon the motion of the United States, the Court grants the government's motion to dismiss without prejudice the Indictment in the above entitled case against defendant Irene Barrientos. The defendant is hereby discharged as to this case only and the bench warrant is hereby recalled.

IT IS SO ORDERED AND ADJUDGED.

DATED: July 15, 2016

_____
HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE

-1-